

**MEMO ENDORSED**

October 20, 2021

Matthew E. Stein
212 915 5383 (direct)
Matthew.stein@wilsonelser.com

**VIA ECF**

The Honorable Kenneth M. Karas
District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

Re:      *James Bergesen v. Manhattanville College*
Case No.:   20-cv-03689
Our File No.:   22643.00003

Dear Judge Karas:

This law firm represents defendant Manhattanville College ("Manhattanville") in the above-referenced lawsuit. Defendant writes jointly with plaintiff to request an adjournment of the initial conference currently scheduled for October 28, 2021 at 10:30 am (*see* Dkt. 21). The reason for this request is that the parties have been Ordered to participate in the Court's Mediation Program (*see* Dkt. 24). Accordingly, and to conserve the time and resources of the parties and the Court, the parties request an adjournment of the upcoming initial conference until after the mediation is held.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Matthew Stein
Matthew E. Stein
*Attorney for Defendant Manhattanville College*
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 E 42nd Street
New York, NY 10017
Phone: 212.915.5383

cc:    All Counsel of record (via ECF)

Granted. The Court will hold a teleconference on December 8, 2021 at 11:30 AM

SO ORDERED

KENNETH M. KARAS U.S.D.J.
10/21/2021

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001
Albany • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London
Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia
Washington, DC • West Palm Beach • White Plains
wilsonelser.com

260791413v.1